**Order entered December 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00841-CV

### REGINALD JONES, Appellant

### V.

### THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS PARK MANOR, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-03357-E**

## ORDER

Before the Court is appellant' motion for extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief received November 25, 2019 filed as of the date of this order.

/s/    ERIN A. NOWELL
        JUSTICE